**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000380**
**29-APR-2026**
**01:20 PM**
**Dkt. 144 OCOR**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---oOo---


DAN DAN ZHANG, by and through her managing agent
HONOLULU MANAGEMENT LLC, Plaintiff-Appellee, v.
DI WU, Defendant-Appellant.


NO. CAAP-23-0000380


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KOʻOLAU POKO DIVISION
(CASE NO. 1DRC-22-0005097)


ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court entered on January 9, 2026, is corrected as follows:

On page 10, line 14 of the first full paragraph, insert the word "Inc." after the comma following "A.S. Clarke," and underline it so that the line reads:

unregistered leasehold interest." A.S. Clarke, Inc., 60 Haw. at 44-45,

On page 11, line 7 of the first full paragraph, replace the number "3" with a "2" in the case citation so that the line reads:

land was for a superior public purpose. Id. at 20-21, 757 P.2d

---

[1] Hiraoka, Presiding Judge, and Wadsworth and Guidry, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, April 29, 2026.


/s/ Clyde J. Wadsworth
Associate Judge